IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \| | CRIMINAL CASE NUMBER: |
| v. | \| | 1:23-CR-0092-ELR-JSA |
| MARK GILMORE, | \| | |

## **REPORT AND RECOMMENDATION**

The Defendant was previously found incompetent to stand trial and committed to the custody of the Attorney General for treatment to attempt to restore Defendant's competency pursuant to 18 U.S.C. § § 4241(d)(1). After treatment at a Federal Medical Center, a forensic evaluator with the U.S. Bureau of Prisons, Miriam Kissin, Psys.D., concluded in a written opinion dated September 23, 2025, that the Defendant's competency to stand trial has been restored.[1] After several continuances to allow the Defendant to obtain another evaluation and

---

[1] The Kissin opinion, which the parties stipulated to being entered into evidence and considered in lieu of Dr. Kissin's testimony and cross examination, is attached under seal as Ex. A.

1

potentially contest the conclusions of Dr. Kissin, the Court convened a hearing on the issue of restoration to competency on May 20, 2026.

At the hearing, the Court received Dr. Kissin's report, and no other experts were called to testify. After the Court advised the Defendant of his right to introduce personally testify, he expressed his own subjective disagreement with the opinions that Dr. Kissin and the evaluators hired by his own counsel reached. The Court considered those statements but ultimately places greater weight on the expert opinion of the forensic psychologist, Dr. Kissin, which is uncontested by any other expert testimony or report provided to the Court.

The parties indicated that they would not object the undersigned U.S. Magistrate Judge resolving the issue of competency by way of an order. While there is no contrary controlling law requiring otherwise to the undersigned's knowledge, upon reflection and in the interests of caution, the undersigned will simply issue a recommended ruling on this issue. Thus, based on the expert conclusions on this issue, the Court **RECOMMENDS** that Defendant be declared **COMPETENT** to stand trial and that this case proceed at this time. The Court has set dates for pretrial motions to be filed and for a pretrial conference, as stated in

2

the hearing.

IT IS SO **ORDERED** this 22nd day of May, 2026.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE