IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | 01:23-CR-00092-ELR-JSA |
| | * | |
| MARK DUANE GILMORE, | * | |
| | * | |
| | * | |

_____

O R D E R

_____

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge Justin S. Anand. [Doc. 69]. Judge Anand recommends that Defendant be declared COMPETENT to stand trial and that this case proceed at this time. After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1) (C); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 69] as the opinion of this Court.    For the reasons stated in the R&R, the Court declares Defendant COMPETENT to stand trial, and DIRECTS that this case proceed at this time

**SO ORDERED**, this 8th day of June, 2026.

Eleanor L. Ross
United States District Judge
Northern District of Georgia

2